No. 1.) PAULINE WALLACE, Individually and as Administratrix of the Estate of ROGER WILLIAMS, Deceased, Appellant, v TRIO COLLISION, Respondent, et al., Defendants. (Action No. 2.) [639 NYS2d 749]

Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.

THOMAS PULKOSKI et al., Plaintiffs, v COUNTY OF NASSAU et al., Defendants. TOWN OF HEMPSTEAD, Third-Party Plaintiff, v HENDRICKSON BROS., INC., Third-Party Defendant-Appellant. TOWN OF HEMPSTEAD, Second Third-Party Plaintiff, v GIBBONS, ESPOSITO & BOYCE ENGINEERS, P. C., Second Third-Party Defendant-Respondent. (Appeal No. 1.) [639 NYS2d 748]

Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.

THOMAS PULKOSKI et al., Plaintiffs, v COUNTY OF NASSAU et al., Defendants. TOWN OF HEMPSTEAD, Third-Party Plaintiff, v HENDRICKSON BROS., INC., Third-Party Defendant-Appellant. TOWN OF HEMPSTEAD, Second Third-Party Plaintiff, v GIBBONS, ESPOSITO & BOYCE ENGINEERS, P. C., Second Third-Party Defendant-Respondent. (Appeal No. 2.) [639 NYS2d 749]

Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.